UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALTERNA, LTD.,                                    25-cv-472 (JGK)

                         Plaintiff,               ORDER

          - against -

JACOB & COMPANY WATCHES, INC. D/B.A.
JACOB & COMPANY,

                         Defendant.

JOHN G. KOELTL, District Judge:

        Pursuant to Rule 12(a) of the Federal Rules of Civil
Procedure, the time for the defendant to answer was March 13,
2025. To date, no answers have been filed.

        The time for the defendant to answer or respond to the
complaint is extended to **March 28, 2025.** Failure to respond to the
complaint by this date could result in a default judgment being
entered against the defendant.

        The plaintiffs should serve a copy of this Order on the
defendant and file proof of service on the docket by **March 20,
2025.**

SO ORDERED.

Dated:    New York, New York
          March 14, 2025

                                   John G. Koeltl
                              United States District Judge