```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------------

PALTERNA, LTD.,

                Plaintiff,          25-cv-472 (JGK)

      - against -             ORDER

JACOB & COMPANY WATCHES, INC.,

                Defendant.

-----------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 14, 2025.

SO ORDERED.

Dated:    New York, New York
          March 31, 2025

                                        John G. Koeltl
                               United States District Judge