UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PALTERNA, LTD.,

                    Plaintiff(s)

    -against-                                      25 civ 472 (JGK)

JACOB & COMPANY WATCHES, INC.,

                    Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, April 23, 2025, at 2:30pm, is canceled.

**SO ORDERED.**

                                                                         JOHN G. KOELTL
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         April 16, 2025