UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PALTERNA, LTD.,

                    Plaintiff,

          - against –

JACOB & COMPANY WATCHES,

                    Defendant.

25-cv-472 (JGK)

<u>Order</u>

---

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the defendant's anticipated motion for summary judgment on **Wednesday, July 8, 2026, at 3:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

Dated:    New York, New York
          June 29, 2026

                                    _____
                                         John G. Koeltl
                                    **United States District Judge**