**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**PALTERNA, LTD.,**

**Plaintiff,**

**- against -**

**JACOB & COMPANY WATCHES, INC.,**

**Defendant.**

---

**25-cv-0472 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The defendant shall file any motion for summary judgment by **July 17, 2026**. The plaintiff shall file any opposition by **August 7, 2026**. The defendant shall file any reply by **August 21, 2026**.

The plaintiff shall file any motion for summary judgment by **July 17, 2026**. The defendant shall file any opposition by **August 7, 2026**. The plaintiff shall file any reply by **August 21, 2026**.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 8, 2026**

**John G. Koeltl**
**United States District Judge**